UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| PETER THOMPSON, | Case No. CV-23-80 -BU-BMM |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| US BANK NATIONAL ASSOCIATION; ANDY CECERE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; JASON J. HENDERSON; HALLIDAY, WATKINS, & MANN P.C.; BENJAMIN J. MANN; AUCTION.COM, LLC; JASON ALLNUT; ALI HARALSON; AND GEORGE LANE, | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED: U.S. Bank et al's motion to dismiss for failure to state a claim [14] is GRANTED. Halliday et al's motion to dismiss for failure to state a claim [17] is GRANTED. Auction.com's motion to dismiss for failure to state a claim [26] is GRANTED. Thompsons pro se motion for recusal [29] is DENIED. Thompsons pro se motion for extension [31] is DENIED. Thompsons pro se motion for leave to file an amended complaint [42] is DENIED.

U.S. Bank et al. and Auction.com's motion to strike the pro se amended complaint [44] is GRANTED. Thompsons pro se amended complaint [43] is STRUCK. Halliday et al's motion to strike plaintiffs first amended complaint [46] is GRANTED. Thompsons pro se amended complaint [43] is STRUCK.  The Clerk of Court is directed to enter judgment in favor of the Defendants. The Clerk is then directed to close this case.

Dated this 9th day of April, 2024.

TYLER P. GILMAN, CLERK

By: /s/ M. Stewart
M. Stewart, Deputy Clerk